**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SERGEI VIKTOROVICH VASILYEV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. CIV-26-2812-R** |
| **v.** | ) | |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER FOR STATUS UPDATE**

On October 8, 2026, Sergei Viktorovich Vasilyev, a non-citizen proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Doc. 1). On October 30, 2026, pursuant to an extension, Respondents timely filed a Response to the Petition. (Doc. 9). The time has passed for Petitioner to file a timely reply. (*See* Doc. 5).

Petitioner was ordered removed from the United States on October 13, 2020, and the Board of Immigration Appeals found that no appeal was timely filed. (Doc. 9, at Ex. 6, at 2). Petitioner was released on an order of supervision on May 14, 2021, but the release was revoked on July 21, 2026, because Petitioner allegedly violated the conditions of release. (*Id.* at Ex. 7). Petitioner was taken into ICE custody on July 23, 2026. (Doc. 1, at 4). Petitioner is no longer listed in the U.S. Immigration and Customs Enforcement's Online Detainee Locator System. *See* https://locator.ice.gov/odls/#/search (last accessed Nov. 16, 2026).

**IT IS ORDERED that Respondents' counsel file, on or before November 18, 2026, a notice advising the Court of Petitioner's current detention status and location and addressing the effect, if any, of that status on the pending Petition.**

IT IS SO ORDERED this 16th day of November, 2026.

Amanda L. Maxfield

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE